IN THE
TENTH COURT OF APPEALS


No. 10-14-00137-CV

**2008 CHEVROLET CORVETTE, VIN#1G1YY36W585105455,**
                                                                    **Appellant**
 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

**From the 66th District Court
Hill County, Texas
Trial Court No. 51,223**

# ORDER

The Court's opinion issued in this case on March 10, 2016. On April 4, 2016, a motion for rehearing was received and filed. The transmittal letter was dated March 28, 2016 which was three days after the deadline for filing a motion for rehearing. Accordingly, on April 14, 2016, the Court dismissed the motion for rehearing because the Court had no jurisdiction to rule on an untimely motion for rehearing.

James Tyron Riggs has now filed a document entitled "Motion for Relief from the Judgment" which is obviously an effort to explain why the motion for rehearing was

timely or alternatively, why its late filing should be excused. However, the evidence, including the additional evidence submitted with this motion, does not support a conclusion that the motion for rehearing was timely filed.

Accordingly, the Court dismisses the Motion for Relief from the Judgment because the Court has no jurisdiction to rule on it at this time. Further, the Court will not respond to further motions or requests for relief from Riggs filed in this Court with regard to this proceeding.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed
Order issued and filed June 15, 2016

